# FEDERAL PUBLIC DEFENDER
## DISTRICT OF NEW JERSEY

**RICHARD COUGHLIN**
FEDERAL PUBLIC DEFENDER

22 South Clinton Avenue
Station Plaza 4, 4th Floor
Trenton, New Jersey 08609

**CHESTER M. KELLER**
FIRST ASSISTANT

(609) 989-2160  Telephone
(609) 989-2153  Facsimile

July 8, 2016

Honorable Anne E. Thompson
United States District Judge
Clarkson S. Fisher United States Courthouse
402 East State Street
Trenton, New Jersey 08608

*So Ordered*
*Anne E Thomp USDJ*
*July 28, 2016*

Re: *United States v. Timothy Anderson*, Crim. No. 09-284 (AET)

Dear Judge Thompson,

Please accept this letter as a status update in the case of Timothy Anderson.

Mr. Anderson appeared before the Court on April 29, 2016; he pleaded not guilty to three counts of violating conditions of his supervised release and his supervision was continued. The violation hearing was postponed because one of Mr. Anderson's violations (Violation # 1) was based on a New Jersey charge that was not yet resolved. That case is still not resolved but has been remanded to Neptune City Municipal Court.

Counsel asks that Mr. Anderson's final revocation hearing be postponed an additional 60 days to await resolution of his New Jersey case. Counsel consulted with U.S.P.O. Carolyn Johnson and A.U.S.A. Joseph Gribko, who both agree to postpone the case.

Sincerely,

/s Alison Brill

Alison Brill, Esq.

Cc:   U.S.P.O. Carolyn Johnson
      A.U.S.A. Joseph Gribko
      Timothy Anderson

**RECEIVED**

AUG 9 2016

AT 8:30_____M
WILLIAM T. WALSH
CLERK